IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | |
|---|---|
| Civil Action:     19-cv-02292-RBJ | Date:  October 2, 2020 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CTF BM OPERATIONS LTD  **Plaintiff** | *David G. Mayhan* <br> *Sarah S. O'Brien* |
| v. | |
| DELTA ENTERPRISE SOLUTIONS LLC  **Defendant** | *Torrey Livenick* |

---

## COURTROOM MINUTES

**TELEPHONE ORAL ARGUMENT**

Court in Session:  9:00 a.m.

Appearance of counsel – all participants present via telephone. Also present is David Kahn, representative of Delta Enterprise.

The Court outlines its understanding of the case, pending motions and settlement.

Argument given on pending motions.

**ORDERED:** Parties are to contact chambers next week to provide information on whether they can resolve this or would rather the judge rule on the pending motions.

Court in Recess: 10:29 a.m.          Hearing concluded.          Total time in Court:  01:29