# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02292-RBJ

CTF BM OPERATIONS LTD.,

    Plaintiff,

v.

DELTA ENTERPRISE SOLUTIONS LLC,

    Defendant.

## AFFIDAVIT OF DAVID G. MAYHAN

I, David G. Mayhan, being duly sworn upon my oath, state and affirm as follows:

1. I am over 18 years of age and competent to make the following assertions under oath.

2. I am an attorney licensed and authorized to practice in the State of Colorado and the United States District Court for the District of Colorado. I have appeared as a counsel of record in this matter on behalf of Plaintiff, CTF BM Operations Ltd.

3. On October 2, 2020, my law firm sent an email outlining terms and conditions of a settlement offer between Plaintiff and Defendant in this matter. The email was sent to and received by Defendant Delta Enterprise Solutions LLC's attorney of record, Ms. Torrey Livenick.

4. Ms. Livenick acknowledge receipt of this email and reported she forwarded this to the principal and sole member of Defendant Delta, Mr. David Kahn.

5. On Friday, October 16, 2020, Ms. Livenick called me to state that her client representative, Mr. David Kahn, agreed to the terms of settlement outlined in our October 2nd email.

6. On that same day, I emailed the Court clerk, with a copy to Ms. Livenick, stating the parties had reached a settlement.

7. Ms. Livenick responded to the email to the clerk, confirming the parties had reached a settlement.

8. Our law firm forwarded a release and settlement agreement to be signed by Delta as part of the terms and conditions of the settlement. Since that time, undersigned counsel has not been able to contact Ms. Livenick to conclude the settlement and stipulation for dismissal.

9. The material terms of settlement agreement drafted by Plaintiff's counsel have not been disputed. However, Defendant's principal and sole member/owner, Mr. Kahn, reported he has been unable to reach his lawyer, Ms. Livenick. Further, Mr. Kahn has insisted on adding terms to the settlement and release and asked that his company, Delta, be listed as the sole payee for any settlement proceeds.

The affiant further sayeth naught.

_/s/ David G. Mayhan_
David G. Mayhan

STATE OF COLORADO

CITY AND COUNTY OF DENVER

Subscribed and sworn to before me this 20th day of November 2020 by David G. Mayhan.

[seal]

_____
Notary Public

My Commission Expires: 7-9-2020

DANA LYNN HARR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144026895
MY COMMISSION EXPIRES JULY 9, 2022

3