**EXHIBIT C**

| | |
|---|---|
| **From:** | Torrey Livenick <torrey@livenicklaw.com> |
| **Sent:** | Friday, October 16, 2020 11:06 PM |
| **To:** | David Mayhan; 'Jackson Chambers' |
| **Cc:** | Sarah O'Brien; Gloria Anzar |
| **Subject:** | RE: 1:19-cv-02292-RBJ - CTF v. Delta - notification of settlement |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear All:

We affirm that an agreement has ben reached.

Regards,
Torrey Livenick, Esq.



Torrey Livenick, Esq.
730 17th Street
Suite 900
Denver, CO 80202
(720) 295-8616
torrey@livenicklaw.com

**From:** David Mayhan <David.Mayhan@butlersnow.com>
**Sent:** Friday, October 16, 2020 4:06 PM
**To:** 'Jackson Chambers' <Jackson_Chambers@cod.uscourts.gov>; Torrey Livenick <torrey@livenicklaw.com>
**Cc:** Sarah O'Brien <Sarah.OBrien@butlersnow.com>; Gloria Anzar <Gloria.Anzar@butlersnow.com>
**Subject:** RE: 1:19-cv-02292-RBJ - CTF v. Delta - notification of settlement

Ms. DeRosa – with a copy here to Defendant's counsel, we are pleased to report that the parties have reached a settlement agreement to resolve all claims between themselves. The parties request they be given 30 days to conclude agreement on terms of a final release, stipulation and dismissal. But we wanted to inform the Court of our agreement to basic terms so the Court would not have to do any further work on the pending motions.

Thank you.

**David G. Mayhan**
**Butler Snow LLP**

D: (720) 330-2394 | C: (303) 898-6575 | F: (720) 330-2301
1801 California Street, Suite 5100, Denver, CO 80202
David.Mayhan@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube