IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-02292-RBJ

CTF BM OPERATIONS LTD.,

    Plaintiff,

v.

DELTA ENTERPRISE SOLUTIONS LLC,

    Defendant.

## ORDER TO SHOW CAUSE

Counsel for the parties negotiated a settlement of this case. *See* ECF No. 46 (Notice of Settlement); ECF No. 51 (Motion to Enforce Settlement); and ECF Nos. 51-1 through 51-4 (emails, an affidavit, and a proposed order, all concerning the settlement). However, on November 20, 2020 plaintiff notified the Court that defense counsel was not returning messages or assisting in the conclusion of the settlement. ECF No. 48. The Court set a hearing, which was held on November 30, 2020. Defense counsel did not appear. *See* ECF No. 50. Various options were discussed. On December 4, 2020 plaintiff filed its motion to enforce settlement in which plaintiff wants to pay defendant $10,441 in exchange for a full and final settlement and other terms as set forth in ECF No. 51-4. Defendant has not responded. Mr. David Kahn, an individual associated with the defendant, filed a document purportedly in the name of the defendant, ECF No. 52, even though the defendant is represented by counsel who has not withdrawn, and a corporate defendant cannot be represented by a non-lawyer. In this document

1

Mr. Kahn proclaims his right to "proceed directly" (no, he does not have that right) or to engage another counsel (he would have that right, but that does not change the fact, if it is a fact, that the parties agreed to a settlement). In this document Mr. Kahn indicates that his lawyer, Ms. Torrey Livenick, accepted plaintiff's settlement officer without his knowledge of approval. Whether or not that is true, the fact remains that Ms. Livenick, acting as defendant's attorney, appears to have agreed to a settlement on the defendant's behalf; and, Mr. Kahn has not retained other counsel; and the time to respond to the motion to enforce the settlement has expired. Accordingly, the Court orders the <u>defendant</u> to show cause no later than February 8, 2021 as to why it should not grant the motion, ECF No. 51, and enter the proposed order, ECF No. 51-4. The Court has no idea what Ms. Livenick is doing, but it does not intend to leave the plaintiff in limbo because of a disagreement between Mr. Kahn and Ms. Livenick.

DATED this 26th day of January, 2021.

BY THE COURT:

_Brooke Jackson_

R. Brooke Jackson
United States District Judge